UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>ABOUBACAR COULIBALY,<br><br>　　　　　　　Defendant. | No. 22-CR-435 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the letter filed by Defendant requesting a conference to relieve Gary Becker from his duty as CJA counsel for Defendant. (See dkt. no. 147.)  The parties shall appear for a conference at 10:30 a.m. on June 24, 2024.

Avraham C. Moskowitz, the CJA attorney on-duty on June 24, 2024, shall also appear at the conference.

The Clerk of the Court shall close docket entry 147.

**SO ORDERED.**

Dated:　　　June 18, 2024
　　　　　　New York, New York

_____
LORETTA A. PRESKA
United States District Judge

1