UNITED **STATES** DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

UNITED STATES OF AMERICA

      -against-
                                  **ORDER**

                                      22 CR 435-05 (LAP)

_Aboubacar Coulibaly_____x
                                       Docket#

_Loretta A. Preska_, DISTRICT JUDGE:
      Judge's Name

The C.J.A. attorney assigned to this case

_Gary Becker_____ is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _Avraham Moskowitz_, NUNC-PRO-TUNC _June 24, 2024_

                        Attorney's Name

                           SO ORDERED.

                         _Loretta A Preska_
                  UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
          June 24, 2024