MOSKOWITZ COLSON
GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
1 Battery Park Plaza
31st Floor
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

September 17, 2026

**By ECF**

Hon. Loretta A. Preska
U.S. District Judge
500 Pearl Street
New York, N.Y. 10007

Re: U.S. v. Aboubacar Coulibaly
S2 22 Cr. 435 (LAP)

Dear Judge Preska:

On March 26, 2025, Your Honor sentenced the above-named defendant to a term of twenty-one months imprisonment following his plea of guilty to participating in a conspiracy to traffic firearms in violation of 18 U.S.C. §371. Mr. Coulibaly has completed his term of incarceration and is scheduled to be released from a halfway house next week.

At the time of his arrest on this case, Mr. Coulibaly surrendered his passport to the Pretrial Services agency. He recently applied for a job and the prospective employer has requested to see his passport. Mr. Coulibaly has been told by Pretrial Services that he needs a court order before it can return his passport. It is therefore respectfully requested that the Court enter an order directing Pretrial Services to return Mr. Coulibaly's passport to him forthwith. If the Court is willing to enter such an order, please return a So Ordered copy of this letter to me so that I can provide it to Mr. Coulibaly and Pretrial Services as soon as possible.

Thank you for your consideration of this request.

SO ORDERED.

Loretta A. Preska, U.S.D.J.
September 17, 2026

Respectfully submitted,

avraham moskowitz

Avraham C. Moskowitz

cc: AUSA Jane Chong (by email)